Mag. Judge Vascura

**ATTACHMENT A TO UNSEAL**

2:20-MJ-168 – SW
2:20-MJ-169 – SW
2:20-MJ-207 – SW
2:20-MJ-650 – SW
2:20-MJ-662 – SW
2:20-MJ-789 – SW
2:20-MJ-790 – TW
2:20-MJ-800 – SW
2:21-MJ-038 – SW
2:21-MJ-042 – SW
2:21-MJ-045 – SW
2:21-MJ-053 – TW
2:21-MJ-054 – TW
2:21-MJ-078 – SW
2:21-MJ-100 – SW
2:21-MJ-231 – SW
2:21-MJ-354 – TW
2:21-MJ-366 – SW
2:21-MJ-395 – SW